**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:98-cr-24-J-25HTS

LINDA CAROL RASPBERRY

FILED

2006 NOV 17  A 9: 54

## REVOCATION OF SUPERVISED RELEASE AND
## JUDGMENT AND COMMITMENT

This matter is before the Court on the Petition on Probation and Supervised Release, filed on September 8, 2006 (Dkt. 58). On November 3, 2006, the Court conducted a hearing on the matter at which defendant appeared with counsel, Lisa Call, Assistant Federal Public Defender, and the government was represented by Kathleen O'Malley, Assistant United States Attorney.

Having reviewed the report of the probation officer, having heard from counsel for defendant and the government, and having heard the defendant's admission, the Court finds that defendant has violated the terms of supervised release as set forth in allegations One and Two of the Petition. Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED:**

1. That defendant's supervised release is revoked; and

2. That defendant is committed to the custody of the United States Bureau of Prisons for a term of **time served.** Upon release from confinement, Defendant shall serve a term of supervised release for a period of two (2) years, upon the terms and conditions previously imposed, including participating in drug and mental health counseling, either in-patient or out-patient.

**DONE AND ORDERED** at Jacksonville, Florida, this 16 day of November, 2006.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant
U.S. Marshal
U.S. Probation Officer
Pretrial Services