# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2008 AUG 12 AM 9:39

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

UNITED STATES OF AMERICA

CASE NUMBER: 3:98-cr-24-J-25HTS
USM NUMBER: 22341-018

V.

LINDA CAROL RASPBERRY

Defendant's Attorney: Lisa Ann Call, Esq. (pda)

**THE DEFENDANT**

__X__ admitted guilt and is adjudicated guilty to violation of charge number _1_ of the conditions of supervised release of the Petition (Dkt. #95).

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive urinalysis for cocaine | May 22, 2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: August 6, 2008

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: August __11__, 2008

| | |
|---|---|
| Defendant: LINDA CAROL RASPBERRY | Judgment - Page 2 of 3 |
| Case No.: 3:98-cr-24-J-25HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **four (4) months**

__X__  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

__X__  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

__X__  The defendant is remanded to the custody of the United States Marshal.

_____  The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.    p.m.    on _____.

    ____ as notified by the United States Marshal.

_____  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before **p.m.** on .

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
    Sheet 3 - Supervised Release

Defendant:     WILMER RIVERA-BARAHONA                    Judgment - Page 3 of 3
Case No.:      3:98-cr-24-J-25HTS

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall not be placed on supervised release.